| | |
|---|---|
| DATE  2/25/2016 | CASE NUMBER  4:16CR016 (2) - ALM/CAN |
| LOCATION  Sherman | USA  LESLEY BROOKS, AUSA  Assigned |
| JUDGE  Christine A. Nowak | vs  LESLEY BROOKS, AUSA  Appeared |
| DEPUTY CLERK  Keary Conrad | |
| COURT REPORTER: Digital Recording | LINDSAY GEORGE |
| INTERPRETER: | Defendant |
| BEGIN:  11:49/12:20 | MAC MORRIS, CJA |
| 12:30/12:36pm | Attorney |

## DETENTION HEARING

✓ Case called    ✓ Defendant sworn    ☐ Interpreter Sworn
✓ Government announced ready
✓ Defendant appears ✓ with counsel  MAC MORRIS, CJA    ✓ Defendant announced ready
☐ Government ORAL Motion to Withdraw Motion for Detention    ☐ Granted    ☐ Denied
☐ Defendant ORAL Motion to Continue Detention Hearing    ☐ Granted    ☐ Denied
☐ RESET Detention hearing to: _____
☐ Detention hearing waived and Defendant remanded to custody of United States Marshal
✓ Presumption Case    ☐ Conditions of Release entered and Defendant released from custody

✓ Government witnesses:
Wes Mesner, DEA Task Force
Government offers Exhibits 1, 2, 3, and 4. No objection by defense. Court admits Govt. Ex's 1, 2, 3, and 4.

✓ Defendant witnesses:
Linda Wade, mother of Lindsay George

PROCEEDINGS:
Court takes the matter under advisement pending further investigation by Pretrial Services into Cenikor Treatment Facility availability for the Defendant. Upon a follow up report after investigation, the Court will make a ruling on the issue of detention as to Defendant Lindsay George.

Court determines to:    ☐ DETAIN _____    ☐ RELEASE _____

☐ Conditions of Release entered and Defendant released from custody

✓ Defendant remanded to custody of United States Marshal.

☐ Order of Detention