DATE  4/13/2016  
LOCATION  Sherman  
JUDGE  Christine A. Nowak  
DEPUTY CLERK  Keary Conrad  
COURT REPORTER  Digital Recording  
USPO:  
Interpreter:  NOT REQUIRED  
BEGIN:  10:00 am / 10:25 am  

CASE NUMBER  **4:16CR016 (2) ALM/CAN**  
USA  LESLEY BROOKS, AUSA  _____ Assigned  
V  MARISA MILLER, AUSA  _____ Appeared  

LINDSAY GEORGE (2)  
Defendant  

MAC MORRIS, CJA  
Attorney  

---

☑ REOPEN DETENTION HEARING  

☑ Hearing Held   ☑ Hearing Called   ☐ Defendant Sworn   ☐ Interpreter Required  

☑ Dft appears: ☑ with   ☐ without counsel   ☐ pro se   ☑ Counsel appears on behalf of defendant  
☑ Government announced ready   ☐ Government withdrew Motion for Detention  
☐ Presumption Case  
☐ CONDITIONS OF RELEASE ENTERED:  

☐ Government witnesses:  

☑ Defendant witnesses: Jess Wade, Step-father of Defendant  

☐ PROCEEDINGS: Motion to Reopen issue of detention DENIED; formal order will follow.  

☐ Defendant released on Conditions of Release  
☑ Defendant remanded to the custody of the United States Marshal.  
☑ 10:25 recess